UNITED STATES of America,
Plaintiff–Appellee

v.

Miguel RISCAJCHE–SIQUINA,
Defendant–Appellant.

No. 14–40698
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Miguel Riscajche–Siquina raises an argument that he concedes is foreclosed by *United States v. Guerrero–Navarro,* 737 F.3d 976 (5th Cir.2013), in which this court held that the residential burglary offense analyzed therein constitutes the enumerated generic crime of burglary of a dwelling and a crime of violence for purposes of U.S.S.G. § 2L1.2(b)(1)(A). *Guerrero–Navarro,* 737 F.3d at 980. Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.